Reza Mirzaie, Esq.
(Pro Hac Vice to be submitted)
*rmirzaie@raklaw.com*
Paul S. Kroeger, Esq.
(Pro Hac Vice to be submitted)
*pkroeger@raklaw.com*
Stanley H. Thompson, Jr., Esq.
(Pro Hac Vice to be submitted)
*sthompson@raklaw.com*
C. Jay Chung, Esq.
(Pro Hac Vice to be submitted)
*jchung@raklaw.com*
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: (702) 382-0200
F: (702) 382-0212
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENBAND INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:16-cv-00946-RFB-GWF<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff 2-Way Computing, Inc. ("Plaintiff") hereby files this Unopposed Motion and [Proposed] Order to Extend Deadline for Defendant to Respond to the Complaint in accordance with LR IA 6-1 and LR IA 6-2. This is the first request to extend the proposed deadline. This request is not made after the response deadline which is currently June 7, 2016.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2016-06-06-Unopposed Motion for Extension.docx        1

The Complaint (Doc. 1) was filed on April 26, 2016 and was served on Genband, Inc. on or about May 17, 2016. The current deadline to respond to the Complaint is June 7, 2016.

The parties believe that the litigation of this matter will be best served by allowing an additional thirty (30) days to discuss possible settlement of this matter and allow Defendant additional time to investigate the claims of the Complaint and obtain Nevada counsel. Because an attorney for Defendant has not made an appearance in this case, Plaintiff files this motion to extend Defendant's deadline as an unopposed motion.

Accordingly, Plaintiff respectfully requests that this Court grant its request to continue the deadline for Defendant to respond to the Complaint until July 7, 2016.

DATED: June 6, 2016.

**BORGHESE LEGAL, LTD.**

*/s/ Mark Borghese*

Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

**RUSS, AUGUST & KABAT**
Reza Mirzaie, Esq.
Stanley H. Thompson, Jr., Esq.
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE

DATED: 6/7/2016

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2016-06-06-Unopposed Motion for Extension.docx    2